12-15-00045-CR

To the Twelfth Court of Appeals                    5-9-15

I Recieved The Notice of Judgment in
Trial Court No# 007-0861-14 and appeal No 12-15-00045er
of dismissed for want of Jurisdiction I would like
To Know the Next step I can take for actions of
an appeal in my criminal case And do I Hafto
go threw the 5th Circuit Cause I am trying to
appeal my case

                        Thank you

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 14 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

                        Brandon Bright

PS, Can anyone come talk to me at Smith county Jail
from Twelfth court of appeals